SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KAREN I DAVIS,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant | Case No.: 1:20-cv-01327-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO-THOUSAND ONE-HUNDRED TWENTY-FIVE dollars AND FORTHY-EIGHT cents ($2,125.48).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  September 14, 2021   　　 　/s/ Shellie Lott　　　　　　　　　　
　　　　　　　　　　　　　　　　　SHELLIE LOTT
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　DEBORAH L. STACHEL
　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX

Date: September 14, 2021   　　 　/s/ Christopher J. Bella　　　　　　　
　　　　　　　　　　　　　　　　　(As authorized via email on 9/13/21)
　　　　　　　　　　　　　　　　　CHRISTOPHER J. BELLA
　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

# **ORDER**

Based upon the parties' above Stipulation and Order for the Award of Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (the "Stipulation") (Doc. 21),

**IT IS ORDERED** that fees and expenses in the amount of TWO THOUSAND ONE HUNDRED TWENTY-FIVE dollars AND FORTY-EIGHT cents ($2,125.48) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 14, 2021**      /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE